IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY                                                                       PLAINTIFF

v.                                              Case No. 1:19-cv-1034

SOUTHERN STATE CONSTRUCTION;
DAVID TEMPLE; and KENDY TEMPLE                                                  DEFENDANTS

# ORDER

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice. (ECF No. 15). On April 6, 2020, Plaintiff filed the instant Notice of Dismissal, stating that it wishes to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) provides that an action may be dismissed by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No answer or motion for summary judgment has been filed in this matter. Accordingly, the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of April, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge